UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DEBORAH MULLEN and
WILLIAM MULLEN,

                          Plaintiffs,

                                                            ORDER
        v.                                                           07-CV-697A

BOBCAT COMPANY, INC., et al.,

                          Defendants.

---

       The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On August 12, 2008, Magistrate Judge Scott filed a Report and Recommendation, recommending that plaintiffs' motion to remand the matter to state court be denied.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, plaintiff's motion to remand the matter to state court is denied.

       The case is referred back to Magistrate Judge Scott for further proceedings.

SO ORDERED.

                s/ *Richard J. Arcara*
                HONORABLE RICHARD J. ARCARA
                CHIEF JUDGE
                UNITED STATES DISTRICT COURT

DATED:  September 2, 2008